UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x

ARTURO ESTEVEZ, Individually, and On Behalf of All Others Similarly Situated,

                Plaintiff,

vs.

AMMO, INC.,

                Defendant.

---------------------------------------x

Case No.: 1:21-cv-08874-JPC

**NOTICE OF SETTLEMENT**

Plaintiff Arturo Estevez ("Plaintiff") hereby notifies the Court that the present case has settled between Plaintiff and defendant Ammo, Inc. ("Defendant") (collectively, the "parties"), and states as follows:

1. A settlement agreement is in the process of being finalized between the parties. Once the settlement agreement is fully executed, and Plaintiff has received the consideration required, the parties will respectfully request that the case be dismissed and closed.

2. The parties respectfully request that the Court stay this action and adjourn all deadlines and conferences.

DATED:  December 20, 2021        **MIZRAHI KROUB LLP**

                                                 /s/ Jarrett S. Charo
                                               JARRETT S. CHARO

- 2 -

                JARRETT S. CHARO
                EDWARD Y. KROUB
                WILLIAM J. DOWNES
                200 Vesey Street, 24th Floor
                New York, NY  10281
                Telephone:  212/595-6200
                212/595-9700 (fax)
                jcharo@mizrahikroub.com
                ekroub@mizrahikroub.com
                wdownes@mizrahikroub.com

*Attorneys for Plaintiff*